# EXHIBIT A

**SILVERMAN and ROEDEL, LLC**
David S. Silverman, Esq. # 245381971
1187 Main Avenue - Suite 2C
Clifton, New Jersey 07011
Phone No.: (973) 772-6411
Fax No.: (973) 772-6771
Attorneys for Plaintiff

| | |
|---|---|
| ANA MOREL,<br><br>        Plaintiff,<br>vs.<br><br>NEW JERSEY MANUFACTURES INSURANCE COMPANY, AETNA HEALTH INSURANCE COMPANY and JOHN DOES 1-20 (fictitious names),<br><br>        Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: PASSAIC COUNTY<br><br>DOCKET NO.: PAS-L-<br><br>Civil Action<br><br>**SUMMONS** |

From the State of New Jersey
To the Defendant(s) Named Above:

      The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the Complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court Passaic County 77 Hamilton Street, Paterson, NJ 07505. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your Answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

      If you do not file and serve a written Answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

      If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: September 13, 2019

                                            *Michelle M. Smith*
                                          Michelle M. Smith, Esq., Superior Court Clerk

Name and Address of Defendant to be served:

**New Jersey Manufactures Insurance Company**
301 Sullivan Way
West Trenton, NJ 08628

**Aetna Health Insurance Company**
151 Farmington Avenue, AN33
Hartford, CT 06156

SILVERMAN & ROEDEL LLC
David S. Silverman, Esq., ID# 245381971
1187 Main Avenue, Suite 2C
Clifton, New Jersey 07011
(973)772-6411
Attorneys for plaintiff, Ana Morel

| | |
|---|---|
| ANA MOREL,<br><br>Plaintiff,<br><br>v.<br><br>NEW JERSEY MANUFACTURERS<br>INSURANCE COMPANY, AETNA<br>HEALTH INSURANCE COMPANY,<br>JOHN DOES 1-20 fictitious name),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: PASSAIC COUNTY<br><br>DOCKET NO.:<br><br>Civil Action<br><br>**COMPLAINT** |

Plaintiff, ANA MOREL, residing at 389 Colfax Avenue, Clifton, New Jersey by way of Complaint against the defendants says:

### FIRST COUNT

1. On May 24, 2016, plaintiff was injured in a motor vehicle accident which was the fault of another motorist.

2. At all times relevant herein, the defendant, NEW JERSEY MANUFACTURERS INSURANCE COMPANY, is an insurance corporation operating in the State of New Jersey and at all times mentioned herein was and still is engaged in the business of insuring automobiles.

3. The defendant, NEW JERSEY MANUFACTURERS INSURANCE COMPANY, issued to the plaintiff, ANA MOREL., a policy of automobile insurance providing Personal Injury Protection coverage and Underinsured Motorist Coverage and opened a claim under claim number 2016-585301.

4. Said policies were in full force and effect on May 24, 2016.

5. The plaintiff has fully complied with the terms and conditions of the policy in question and has made a demand upon the defendants, NEW JERSEY MANUFACTURERS INSURANCE COMPANY, for benefits under the Personal Injury Protection and Under Insured Motorist portion of said policy. However, the said defendant has refused to honor said demands for coverage.

WHEREFORE, the plaintiff, ANA MOREL, demands judgment against the defendant, NEW JERSEY MANUFACTURERS INSURANCE COMPANY, for payment of personal injury protection benefits and underinsured motorist benefits, pursuant to the terms of the policy in question and for damages together with interest and costs of suit and attorneys fees.

## SECOND COUNT

1 Plaintiffs repeat and reiterate the allegations set forth in the First Count hereof as set forth herein.

2. At all times relevant to this action, AETNA HEALTH INSURANCE COMPANY, is an insurance corporation operating in the State of New Jersey and was and still is engaged in the business of insuring automobiles.

3. The said defendant issued to plaintiff, a policy of health insurance providing for payment of medical bills in the event of an automobile accident. The plaintiff was in fact, injured in the subject accident and submitted medical bills to defendant and opened a claim under ID xxxxx0281.

4. Said policies were in full force and effect on May 24, 2016.

5 The plaintiff has fully complied with the terms and conditions of the policy in question

and has made a demand upon the said defendant for medical benefits under said policy. However, the said defendant has either refused to honor said demands for payment or has paid sums below the normal fee schedule for such services billed.

WHEREFORE, plaintiff demands Judgment against defendant, AETNA HEALTH INSURANCE COMPANY, for medical benefits, pursuant to the terms of the policy in question and for damages, together with interest, costs of suit and attorneys fees.

### THIRD COUNT

1. Plaintiffs repeat and reiterate the allegations contained in the First through Fourth Counts hereof as though set forth herein.

2. The defendant, JOHN DOES 1-20, are persons, proprietorships, partnerships, corporations and other legal entities whose identities are presently unknown.

3. Said defendant, JOHN DOES 1-20, and each of them, caused and/ or contributed to the occurrence and the injuries of the Plaintiff in that they were the cause or in some way contributed to the accident in which Plaintiff was injured.

4. As a direct and proximate result of the negligence and carelessness of the Defendants, JOHN DOES 1-20, and each of them, The Plaintiff was caused to sustain injuries as herein set forth.

WHEREFORE, Plaintiff demands Judgment against the Defendants, JOHN DOES 1-20, and each of them, for damages and costs of suit.

## JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

## CERTIFICATION

I certify, pursuant to Rule 4:5-1, that to the best of my knowledge, information and belief at this time, the matter in controversy is not the subject matter of any other action pending in any court nor in any pending arbitration proceeding and that no other action or arbitration is contemplated and further that there are no other parties who should be joined in this action.

Dated: September 13, 2019

_____
DAVID S. SILVERMAN, ESQ.

# Civil Case Information Statement

## Case Details: PASSAIC | Civil Part Docket# L-002872-19

**Case Caption:** MOREL ANA VS NEW JERSEY MANUFACTU RES INSUR
**Case Initiation Date:** 09/13/2019
**Attorney Name:** DAVID S SILVERMAN
**Firm Name:** SILVERMAN AND ROEDEL LLC
**Address:** 1187 MAIN AVENUE SUITE 2C CLIFTON NJ 070110000
**Phone:** 9737726411
**Name of Party:** PLAINTIFF : Morel, Ana
**Name of Defendant's Primary Insurance Company (if known):** New Jersey Insurance Company

**Case Type:** PIP COVERAGE
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:

Do you or your client need any disability accommodations? NO
    If yes, please identify the requested accommodation:

Will an interpreter be needed? NO
    If yes, for what language:

Please check off each applicable category: Putative Class Action? NO     Title 59? NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

09/13/2019
Dated

/s/ DAVID S SILVERMAN
Signed



**Plaintiff**
ANA MOREL

vs

**Defendant**
NEW JERSEY MANUFACTURERS INSURANCE COMPANY, ET AL

Person to be served: NEW JERSEY MANUFACTURERS
INSURANCE COMPANY
Address:
301 SULLIVAN WAY
WEST TRENTON NJ 08628

Attorney:
SILVERMAN & ROEDEL, LLC
1187 MAIN AVENUE SUITE 2C
CLIFTON NJ 07011

Papers Served:
SUMMONS & COMPLAINT

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION:
PASSAIC COUNTY

DOCKET NO. PAS-L-002872-19

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30
$ _____

**Service Data:**
Served Successfully ✓   Not Served ____   Date: 9-16-19   Time: 2:00 pm   Attempts: ____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

Name of Person Served and relationship/title
Tanya Spick

✓ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.
MANAGING AGENT

**Description of Person Accepting Service:**
Age: 40  Height: 5'5"  Weight: 140  Hair: Brown  Sex: Female  Race: White

**Non-Served:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                      _____ Date _____ Time
                      _____ Date _____ Time
( ) Other: _____  Comments or Remarks _____

I, WILLIE PRYOR, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Subscribed and Sworn to me this
16th day of September 2019

_Deborah Lynn Grosinski_
Notary Signature

_Willie Pryor_  9/16/19
Signature of Process Server  Date

DEBORAH LYNN GROSINSKI
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10/23/2019

DGR - THE SOURCE FOR LEGAL SUPPORT
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.  468524
File No.  PAS-L-002872-19

Rosemarie D. Berard, Esq. – ID# 032351991
**POMEROY, HELLER, LEY, DIGASBARRO & NOONAN, LLC**
98 Floral Avenue, Suite 201
New Providence, New Jersey 07974
(973) 467-9600
Attorneys for Defendant, New Jersey Manufacturers Insurance Company
Our File No. 7087-15705

| | |
|---|---|
| ANA MOREL,<br><br>Plaintiff,<br><br>vs.<br><br>NEW JERSEY MANUFACTURERS INSURANCE COMPANY, AETNA HEALTH INSURANCE COMPANY and JOHN DOES 1-20 (fictitious name),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: PASSAIC COUNTY<br><br>DOCKET NO. PAS-L-2872-19<br><br>*Civil Action*<br><br>**ANSWER TO THE COMPLAINT, CROSSCLAIMS, REQUEST FOR ALLOCATION, ANSWER TO CROSSCLAIM, SEPARATE DEFENSES, TRIAL ATTORNEY DESIGNATION, RESERVATION OF RIGHT, JURY DEMAND AND DEMAND FOR ANSWERS TO INTERROGATORIES** |

Defendant, New Jersey Manufacturers Insurance Company, by way of Answer to the Complaint filed herein, alleges and says:

### FIRST COUNT

1. Defendant denies the allegations contained in paragraph one of the First Count of the Complaint.

2. Defendant admits the allegations contained in paragraph two of the First Count of the Complaint.

3. This defendant has insufficient knowledge to either admit or deny the allegations of paragraph three of the First Count of the Complaint.

4. This defendant has insufficient knowledge to either admit or deny the allegations of paragraph four of the First Count of the Complaint.

5. Defendant denies the allegations contained in paragraph five of the First Count of the Complaint.

WHEREFORE, defendant, New Jersey Manufacturers Insurance Company, demands judgment.

## SECOND COUNT

1. Defendant repeats and re-alleges the allegations in the First Count of the Complaint as though set forth herein in full.

2. This defendant has insufficient knowledge to either admit or deny the allegations of paragraph two of the Second Count of the Complaint.

3. This defendant has insufficient knowledge to either admit or deny the allegations of paragraph three of the Second Count of the Complaint.

4. This defendant has insufficient knowledge to either admit or deny the allegations of paragraph four of the Second Count of the Complaint.

5. This defendant has insufficient knowledge to either admit or deny the allegations of paragraph five of the Second Count of the Complaint.

WHEREFORE, defendant, New Jersey Manufacturers Insurance Company; demands judgment.

## THIRD COUNT

1. Defendant repeats and re-alleges the allegations in the First and Second Counts of the Complaint as though set forth herein in full.

2. The allegations contained in paragraph two of the Third Count of the Complaint do not apply to this defendant, and they make no response thereto.

3. The allegations contained in paragraph three of the Third Count of the Complaint do

not apply to this defendant, and they make no response thereto.

4. The allegations contained in paragraph four of the Third Count of the Complaint do not apply to this defendant, and they make no response thereto.

WHEREFORE, defendant, New Jersey Manufacturers Insurance Company, demands judgment.

### FIRST SEPARATE DEFENSE

At the time and place mentioned in the Complaint, this defendant violated no legal duty owed to plaintiff.

### SECOND SEPARATE DEFENSE

At the time and place mentioned in the Complaint, defendant was not guilty of any negligence which was a proximate cause of the alleged incident, injuries and damages of which plaintiff complain.

### THIRD SEPARATE DEFENSE

The claims of the plaintiff are barred in whole or in part by comparative negligence.

### FOURTH SEPARATE DEFENSE

Plaintiff's claims are barred by the applicable Statute of Limitations.

### FIFTH SEPARATE DEFENSE

Defendant reserves the right to dismiss the Complaint by reason of plaintiff's failure to satisfy the tort threshold requirements of N.J.S.A. 39:6A-1 et seq.

### SIXTH SEPARATE DEFENSE

Defendant reserves the right to submit proofs at trial demonstrating that the plaintiff's injuries were caused, in whole or in part, by his/her failure to use seat belts or other safety restraints.

## SEVENTH SEPARATE DEFENSE

Plaintiff has failed to comply with the tort threshold governing this lawsuit by reason of which defendant reserves the right to dismiss the underlying Complaint.

## EIGHTH SEPARATE DEFENSE

Plaintiff's Complaint fails to state a cause of action for which relief may be granted, and therefore should be dismissed.

## CROSSCLAIMS FOR CONTRIBUTION AND INDEMNIFICATION

1. Defendant, New Jersey Manufacturers Insurance Company, demands contribution from all co-defendants, Aetna Health Insurance Company and John Does 1-20 (fictitious name), in accordance with the provisions of the Joint Tortfeasors Contribution law and the Comparative Negligence Act.

2. Defendant, New Jersey Manufacturers Insurance Company, while denying liability to the plaintiff for the action and damages alleged, does hereby assert that any negligence attributable to her was constructive or passive as opposed to the negligence of co-defendants, Aetna Health Insurance Company and John Does 1-20 (fictitious name), which was active and primary;

**WHEREFORE**, defendant, New Jersey Manufacturers Insurance Company, demands judgment against co-defendants on the theories of indemnification and contribution.

## REQUEST FOR ALLOCATION

If any party settles prior to trial, defendant will seek an allocation of the percentage of negligence by the fact finder against the settling party. This defendant shall seek this allocation whether or not it has formally filed a crossclaim against the settling party. Defendant shall rely upon the materials produced in discovery and the evidence introduced at trial in support of the allegations. You are being apprised of this intent pursuant to New Jersey Court Rule 4:7-5(c)

and Young v. Latta, 123 N.J. 584 (1991).

## ANSWER TO CROSS-CLAIMS

Defendant, New Jersey Manufacturers Insurance Company, by way of Answer to any and all cross-claims heretofore and hereafter asserted against defendant, respectfully deny each and every allegation contained in any such cross-claims.

## RESERVATION OF RIGHT

Defendant reserves the right at or before the time of trial to move for the dismissal of plaintiff's Complaint based upon plaintiff's failure to establish a serious injury within the meaning of N.J.S.A. 39:6A-9.

## NOTICE OF DESIGNATION OF TRIAL COUNSEL

Pursuant to R.4:25-4, Rosemarie D. Berard, Esq. is hereby designated as trial counsel.

## DEMAND FOR JURY

Defendant hereby demands a trial by jury as to all issues.

## DEMAND FOR INTERROGATORIES

Defendant demands of plaintiff answers to uniform interrogatories Form A as contained in the Appendix to the Rules of Court within the prescribed time period, as well as the attached supplemental interrogatories.

## CERTIFICATION PURSUANT TO RULE 4:5-1

Pursuant to Rule 4:5-1, defendant hereby certifies that to the best of defendant's knowledge the matter may be the subject of Forthright PIP arbitration.

POMEROY, HELLER, LEY,
DIGASBARRO & NOONAN, LLC
Attorneys for Defendant,
New Jersey Manufacturers Insurance Company

BY: *Rosemarie D. Berard*
Rosemarie D. Berard

DATED: 10/7/19

## MAILING CERTIFICATION

**I HEREBY CERTIFY** that Pomeroy, Heller, Ley, DiGasbarro & Noonan, LLC, Attorneys for Defendant, New Jersey Manufacturers Insurance Company, served a copy of this pleading within the time period allowed under Rule 4:6-1, *et seq.* on this date, via e-Filed.

POMEROY, HELLER, LEY,
DIGASBARRO & NOONAN, LLC
Attorneys for Defendant,
New Jersey Manufacturers Insurance Company

BY: *Rosemarie D. Berard*
Rosemarie D. Berard

DATED: 10/7/19

Appendix XII-B1



# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed

| FOR USE BY CLERK'S OFFICE ONLY | |
|---|---|
| PAYMENT TYPE: | ☐ CK  ☐ CG  ☐ CA |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Rosemarie D. Berard, Esq. | (973) 467-9600 | Passaic |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| Pomeroy, Heller, Ley, DiGasbarro & Noonan, LLC | PAS-L-2872-19 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 98 Floral Avenue, Suite 201 New Providence, NJ 07974 | Answer |
| | JURY DEMAND  ■ YES  ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| New Jersey Manufacturers Insurance Company, Defendant | Ana Morel v. New Jersey Manufacturers Insurance Company and Aetna Health Insurance Company, et al. |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE?   ☐ YES  ■ NO |
|---|---|---|
| 506 | ☐ YES  ■ NO | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? | IF YES, LIST DOCKET NUMBERS |
|---|---|
| ☐ YES   ■ No | |

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) | |
|---|---|---|
| ☐ YES   ■ No | New Jersey Manufacturers Insurance Company | ☐ NONE  ☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? | IF YES, IS THAT RELATIONSHIP: |
|---|---|
| ☐ YES   ■ No | ☐ EMPLOYER/EMPLOYEE  ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain)  ☐ FAMILIAL  ☐ BUSINESS |

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? | ☐ YES  ■ No |
|---|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| ☐ YES   ■ No | |

| WILL AN INTERPRETER BE NEEDED? | IF YES, FOR WHAT LANGUAGE? |
|---|---|
| ☐ YES   ■ No | |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *Rosemarie D. Berard*

Effective 10/01/2016, CN 10517

page 1 of 2

PAS-L-002872-19 10/08/2019 10:10:56 AM Pg 8 of 8 Trans ID: LCV20191828025

### Side 2



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT – OTHER

**Track III - 450 days' discovery**
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**
- 271 ACCUTANE/ISOTRETINOIN
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 285 STRYKER TRIDENT HIP IMPLANTS
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 289 REGLAN
- 290 POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291 PELVIC MESH/GYNECARE
- 292 PELVIC MESH/BARD
- 293 DEPUY ASR HIP IMPLANT LITIGATION
- 295 ALLODERM REGENERATIVE TISSUE MATRIX
- 296 STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297 MIRENA CONTRACEPTIVE DEVICE
- 299 OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300 TALC-BASED BODY POWDERS
- 601 ASBESTOS
- 623 PROPECIA

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

**Please check off each applicable category** ☐ Putative Class Action ☐ Title 59

Effective 10/01/2016, CN 10517

page 2 of 2

# POMEROY, HELLER, LEY, DIGASBARRO & NOONAN, LLC

## ATTORNEYS AT LAW

DANIEL J. POMEROY*
JOHN M. LEY
KAREN E. HELLER*
PAUL M. DIGASBARRO*
JEFFREY D. NOONAN

*ALSO ADMITTED IN NY

98 FLORAL AVENUE
NEW PROVIDENCE, NEW JERSEY 07974
973-467-9600
FAX: 973-467-5055

www.pomeroyhellerley.com

SANDRA T. FRENCH
BRITTANY L. LUKAC*
~~
ROSEMARIE D. BERARD
OF COUNSEL

October 4, 2019

<u>VIA E-FILED</u>
Clerk, Passaic County Superior Court
Civil Division, Courthouse
77 Hamilton Street
Paterson, NJ 07505

Re: **Ana Morel v. New Jersey Manufacturers Insurance Company and Aetna Health Insurance Company, et al.**
**Docket No. PAS-L-2872-19**
**D/A: May 24, 2016**
**NJM Claim Nos. 2016-585301-2 (PIP) & 2016-585301-4 (UM/UIM)**
**Our File No. 7087-15705**

Dear Sir/Madam:

Enclosed herewith, for filing, you will please find an Answer and Case Information Statement on behalf of the defendant, New Jersey Manufacturers Insurance Company, with regard to the above-referenced matter. Would you kindly cause the original Answer and CIS to be filed, and the copy returned to the undersigned marked "filed" via e-Courts.

Thank you for your assistance and cooperation.

Very truly yours,

Rosemarie D. Berard

RDB/da
Enclosure
cc: David S. Silverman, Esq. (w/enc.; via e-filed)

# Civil Case Information Statement

## Case Details: PASSAIC | Civil Part Docket# L-002872-19

**Case Caption:** MOREL ANA VS NEW JERSEY MANUFACTURES INSURANCE
**Case Initiation Date:** 09/13/2019
**Attorney Name:** ROSEMARIE DEEHAN BERARD
**Firm Name:** POMEROY HELLER & LEY LLC
**Address:** 98 FLORAL AVENUE
NEW PROVIDENCE NJ 07974
**Phone:** 9734679600
**Name of Party:** DEFENDANT : NEW JERSEY MANUFACTURES INSURA
**Name of Defendant's Primary Insurance Company (if known):** NEW JERSEY MANUFACTURES INS CO

**Case Type:** PIP COVERAGE
**Document Type:** Answer
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
    **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
    **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO    **Title 59?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

10/08/2019
Dated

/s/ ROSEMARIE DEEHAN BERARD
Signed